Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Eastern District of Kentucky
~~FILED~~

# UNITED STATES DISTRICT COURT

for the

District of

Division

MAR 13 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Kara Walker*

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*"See Attached"*

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No.  5:26-cv-91-DCR

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Kara Walker* |
| Street Address | *3873 Forsythe Drive* |
| City and County | *Lexington, Ky - Fayette County* |
| State and Zip Code | *Kentucky 40514* |
| Telephone Number | *859-916-2202* |
| E-mail Address | *misskarabwalker@gmail.com* |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Tim Murphy

Job or Title (if known) — Owner of S and H Delivery LLC

Street Address

City and County

State and Zip Code

Telephone Number — 859- 753- 8730

E-mail Address (if known) — timmurphy@shdeliveryllc.com

Defendant No. 2

Name — Nayeli Morales

Job or Title (if known) — HR manager

Street Address

City and County

State and Zip Code

Telephone Number — 502-642-9047

E-mail Address (if known) — Nayeli@shdeliveryllc.com

Defendant No. 3

Name — S and H Delivery LLC

Job or Title (if known)

Street Address — 15200 Beckley Crossing Drive

City and County — Louisville Jefferson County

State and Zip Code — Kentucky 40245

Telephone Number — 859- 753- 8730

E-mail Address (if known)

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

" See Attached "

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* Kara Walker , is a citizen of the
   State of *(name)* Kentucky .

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* , is incorporated
   under the laws of the State of *(name)*
   and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)* , is a citizen of
   the State of *(name)* . Or is a citizen of
   *(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

"See Attached"

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"See Attached"

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

"See Attached"

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    03|13|2026

Signature of Plaintiff    *Kara Walker*

Printed Name of Plaintiff    Kara Walker

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# COMPLAINT

## I. JURISDICTION AND VENUE

1. This action arises under **[Title VII / ADA / ADEA]**
2. This Court has jurisdiction pursuant to **28 U.S.C. § 1331.**
3. Venue is proper in this district because the unlawful employment practices occurred within this district and Defendant conducts business here.
4. Plaintiff filed a charge with the EEOC.
5. Plaintiff received a Notice of Right to Sue on **01/22/2026.**
6. This action is filed within 90 days.

## II. PARTIES

1. Plaintiff **Kara Walker** resides in **Lexington, Kentucky.**
2. Defendant **S&H Delivery** is an employer located in **Louisville, Jefferson County, Kentucky.**

## III. FACTS

1. Plaintiff worked for Defendant as a **delivery driver** beginning **05/15/2025.**
2. Plaintiff performed job duties satisfactorily.
3. Plaintiff is a member of a protected class.
4. Defendant subjected Plaintiff to adverse employment action, including **wrongful termination/racial discrimination** on or about **10/17/2025.**
5. Plaintiff suffered lost wages and other damages.

## IV. CLAIM

**Count I – Discrimination and/or Retaliation**

14. Defendant violated **[Title VII / ADA / ADEA].**

## V. RELIEF

Plaintiff requests:

A. Declaratory relief;

B. Back pay and damages;

C. Court costs and fees as allowed by law;

D. Any other relief the Court deems just.

## VI. JURY DEMAND

Plaintiff demands a jury trial.

Respectfully submitted,

**Kara Walker**

Plaintiff, Pro Se
3873 Forsythe Drive Lexington Ky, 40514
859-916-2202
misskarabwalker@gmail.com
**Date:** 03|13|2026

## Relief

As a result of my wrongful termination, I have suffered significant financial and personal hardship. I lost my source of income and health insurance, which has caused me to fall behind on bills and accumulate additional debt. I have also been unable to afford necessary medical care, including my blood pressure medication. Because of my financial situation, I have had to borrow money from others in order to meet basic living expenses.

I respectfully request relief including back pay for the wages I lost due to my termination, payment of all court costs and related fees and financial compensation sufficient to cover the debts and expenses I incurred because of losing my job. I am also requesting consideration from the court due to my inability to afford legal representation. This relief would help me restore the financial stability I lost and allow me to repay those who have helped support me during this hardship.

Respectfully submitted,

**Kara Walker**

Plaintiff, Pro Se
3873 Forsythe Drive Lexington Ky, 40514
859-916-2202
misskarabwalker@gmail.com
**Date:** 03|13|2026

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the court enter judgment in her favor and grant the following relief:

1.  Award backpay for all wages and employment benefits lost because of wrongful termination.

2.  Award compensatory damages for financial hardship, loss of health insurance, inability to afford necessary medical treatment and medication, and debt incurred because of the loss of employment.

3.  Award damages sufficient to allow Plaintiff to repay money borrowed from others for basic living expenses following termination.

4.  Award damages for emotional distress and hardship caused by the unjust and discriminatory termination.

5.  Award punitive damages to deter the Defendant(s) from engaging in similar discriminatory conduct in the future.

6.  Order the Defendant(s) to pay all court costs, filing fees, and any other expenses associated with bringing this action.

7.  Grant such other and further relief as the Court deems just and proper, including compensatory and punitive damages in an amount not less than $250,000.

Respectfully submitted,

Kara Walker,

Plaintiff, Pro Se
3873 Forsythe Drive Lexington Ky, 40514
859-916-2202
misskarabwalker@gmail.com
**Date:** 03|13|2026